IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CR-00250-RJC-DSC

| | |
|---|---|
| USA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| SABRINA MICHELLE BOWERS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 33), the Indictment, (Doc. Nos. 1, 15), without prejudice, following her guilty plea to an Information filed in Case No. 3:21-cr-149.

**IT IS ORDERED** that the Government's motion, (Doc. No. 33), is **GRANTED** and the Indictment, (Doc. Nos. 1, 15), is **DISMISSED** without prejudice.

Signed: June 4, 2021

Robert J. Conrad, Jr.
United States District Judge